UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MARGARET VINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:07-CV-213 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

United States Magistrate Judge William B. Mitchell Carter filed his report and recommendation in this case pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) (Court File No. 14). Neither party filed objections within the given ten days.

After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS**:

(1) Plaintiff's motion for attorney's fees (Court File No. 27) is **GRANTED**.

(2) Plaintiff is awarded attorney's fees in the amount of $3,336. The check shall be payable to Plaintiff but sent to Counsel.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**